**PACIFIC TELESIS GROUP; Pacific Bell; Nevada Bell, Plaintiffs–Appellants,**

v.

**UNITED STATES of America, et al.; Federal Communications Commission; Janet Reno, Attorney General, Defendants–Appellees,**

**and**

**California Cable Television Association, Intervenor–Appellee.**

**No. 94–16064.**

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Nov. 15, 1994.

Decided Dec. 30, 1994.

Michael K. Kellogg, Kellogg, Huber, Hansen & Todd, Washington, DC, for plaintiffs-appellants.

Douglas Letter, U.S. Dept. of Justice, Washington, DC, for defendants-appellees.

Bruce D. Sokler, Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, Washington, DC, for intervenor-appellee.

Before: ALARCON and HALL, Circuit Judges, and KING,* District Judge.

CYNTHIA HOLCOMB HALL, Circuit Judge:

This case involves a First Amendment challenge to 47 U.S.C. § 533(b), the telephone company—cable television cross-ownership prohibition. The district court stayed the proceedings pending resolution by this court of *GTE California, Inc. v. Federal Communications Commission*, 39 F.3d 940 (9th Cir.1994). After the stay was entered, the plaintiffs moved in the district court for a preliminary injunction against enforcement of § 533(b) pending resolution of this case. The district court summarily denied the application for a preliminary injunction, and this interlocutory appeal followed.

*US West, Inc. v. United States*, 48 F.3d 1092 (9th Cir.1994), raised the same First Amendment issue as the present case, and we consolidated the two cases for purposes of oral argument. In a separate published opinion in *US West*, filed along with this disposition, we hold that § 533(b) violates the First Amendment.

The district court's order denying preliminary injunctive relief is therefore RE-VERSED and the case is REMANDED for further proceedings consistent with this opinion and with the opinion in *US West*.